**MICHAEL DOUGLAS MILLER**
Law Office of Michael D. Miller
2830 North Swan Road, Suite 140
Tucson, Arizona 85712
Telephone No.: (520) 327-3801
Facsimile No.: (520) 327-0062
PCC NO.: 39172/AZB: 004909
**Attorney for Plaintiffs Walker and Radford**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **DAVID E. WALKER and TAMARA RADFORD, husband and wife,** | |
| **Plaintiffs,** | **Case No.: 4:16-cv-00149-RM** |
| **vs.** | **NOTICE OF SETTLEMENT** |
| **HARBOR FREIGHT TOOLS, U.S.A., INC., a Delaware corporation; JOHN and JANE DOE, I, II, III; XYZ Corporation, I, II, III; and ABC, LLC, I, II, III, Defendants.** | |

　　　　**PLAINTIFFS**, through undersigned counsel, hereby notify the Court that the parties have reached settlement in the above-captioned matter. The parties will be filing a Stipulation to Dismiss and corresponding Order in the near future.

　　　　**DATED** this 16th day of September, 2016.

　　　　　　　　　　/s/ Michael D. Miller
　　　　　　　　　　**MICHAEL D. MILLER**
　　　　　　　　　　**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2016, I delivered the foregoing by electronic mail to:

Patricia V. Waterkotte, Esq.
Rusing, Lopez & Lizardi, PLLC
6363 N. Swan Road, Suite 151
Tucson, AZ 85718
pvictory@rllaz.com

By: /s/ Kathy Polucci